UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20567-PCH/Becerra

**UNITED STATES OF AMERICA**,

v.

**LYNDEN FERGUSON**

    Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 28], which was entered on March 20, 2023. In the R&R, Judge Becerra found that the Defendant Lynden Ferguson, freely and voluntarily entered a plea of guilty to Counts 29 through 31 of the Superseding Indictment, each of which charge Defendant with Bringing Aliens to the United States for Commercial or Private Financial Gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii). ECF No. [12]. Defendant also pled guilty to Count 57 of the Superseding Indictment, which charges Defendant with Illegal Re-entry, in violation of Title 8, United States Code, Section 1326(a). *Id.*

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Counts 29 through 31 and Count 57, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Counts 29 through 31 and Count 57 of the Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Friday, June 2, 2023 at 10:30 AM**.

**DONE AND ORDERED** in Miami, Florida on March 22, 2023.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record